# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0314, A14A0315. CHRISTOPHER L. WILLIAMS v. LEANNE WILLIAMS.**

Christopher Williams filed a contempt action against his ex-wife, Leanne Williams, for violating a settlement agreement and parenting plan entered in conjunction with the parties's divorce decree. Leanne Williams answered and counterclaimed. The superior court modified and supplemented the divorce decree, including a modification to the child support obligation, and Christopher Williams appealed that ruling to this Court in Case No. A14A0315. The trial court also awarded attorney fees against Christopher Williams, and he appealed that ruling to this Court in Case No. A14A0314.  We, however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because the Supreme  Court has jurisdiction over Christopher Williams's appeals of the orders modifying and supplementing the divorce decree and awarding attorney fees in this divorce and alimony case, we hereby TRANSFER this case to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*